**Opinion issued November 9, 2017.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00726-CV

———————————

**MESA TRUCK SERVICE, LLC, Appellant**

**V.**

**UMBRELLA LOGISTICS CORP., Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-52417**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order granting an amended temporary restraining order, signed September 20, 2017. Appellant has filed a motion for voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has

issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Caughey.